IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIE CLARENCE MAYS,

 Plaintiff,

vs.

CIVIL ACTION NO.: CV503-056

TONY HOWERTON, Warden;
STEVE ROBERTS, Deputy Warden;
LARRY COPELAND, Director of
Kitchen, and Sgt. MIKE GRIFFIN,

 Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Objections have been filed. Plaintiff contends that the court did not completely address the merits of his Eighth Amendment claim. In his Objections, Plaintiff states that the Magistrate Judge did not fully assess the conditions at Ware State prison during his confinement. Specifically, Plaintiff requests that the Court reconsider the alleged "unsanitary" condition of the prison's food, food trays, and shower stalls. (Doc. No. 70, p. 2-3.) Plaintiff also requests the Court to reassess Defendants' knowledge of these conditions.

Plaintiff has not satisfied the requirements necessary to sustain an Eighth Amendment claim. As the Magistrate Judge's Report and Recommendation indicates, comfortable prisons are not constitutionally required. See Rhodes v. Chapman, 452 U.S. 337, 347, 101 S. Ct. 2392, 2399, 69 L.Ed.2d 59 (1981); Farrow v. West, 320 F.3d 1235,

1242 (11th Cir. 2003). Plaintiff fails to demonstrate a "sufficiently serious" harm or provide evidence tending to show that he was harmed as a result of the conditions at Ware State Prison. The evidence does not support Plaintiff's allegations that Defendants were deliberately indifferent or showed a reckless disregard to his health or safety.

Plaintiff's objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants Motion for Summary Judgment is **GRANTED** (Doc. No. 46), and Plaintiff's Cross-Motion for Summary Judgment (Doc. No. 62) is **DENIED**. The Clerk of the Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED** this 25th day of August, 2005

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA